UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTON MAYHEW, a/k/a<br>ANTON PEYTON, a/k/a<br>JAMIE RAYFORD,<br><br>Defendant. | CRIMINAL ACTION NO.<br><br>1:25-CR-00156-SEG-LRS-1 |

**ORDER**

This case is before the Court on the Magistrate Judge's Final Report and Recommendation ("R&R"). (Doc. 68.) No objections have been filed in response to the Magistrate Judge's R&R. In accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's R&R for clear error and finds none. The Court hereby **ADOPTS** the Magistrate Judge's R&R as the order of this Court. Mr. Mayhew's motions, whether styled as motions or included in his notices, are **DENIED**. (Docs. 38, 43-50, 55, 67.)

Because Mr. Mayhew has previously claimed not to have received service of court documents through jail mail, Mr. Mayhew's stand-by counsel is respectfully **DIRECTED** to promptly provide Mr. Mayhew with this order as well as the Court's order of September 25, 2026. (Doc. 79.)

**SO ORDERED** this 8th day of October, 2026.

SARAH E. GERAGHTY
United States District Judge